Conrad B. Stephens
Stephens & Stephens LLP
518 E. Main Street
Santa Maria, CA 93454

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD DELOSS and STAN ZAKINOV,<br><br>                                Plaintiff(s)<br>v.<br><br>BEYOND MEAT, INC.<br><br>                              Defendant(s) | CASE NUMBER<br><br>2:22-CV-04405<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Gustafson, Daniel E.
*Applicant's Name (Last Name, First Name & Middle Initial*
(612) 333-8844     (612) 339-6622
*Telephone Number     Fax Number*
dgustafson@gustafongluek.com
*E-Mail Address*

of Gustafson Gluek PLLC
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Gerald DeLoss and Stan Zakinov

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Stephens, Conrad B.
*Designee's Name (Last Name, First Name & Middle Initial*
266790          (805) 922-1951     (805) 922-8013
*Designee's Cal. Bar No.     Telephone Number     Fax Number*
conrad@stephensfirm.com
*E-Mail Address*

of Stephens & Stephens LLP
518 E. Main Street
Santa Maria, CA 93454
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:  ☐ for failure to pay the required fee.

              ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

              ☐ for failure to complete Application:

              ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

              ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

              ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

                                                                      **U.S. District Judge/U.S. Magistrate Judge**