# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Gerald DeLoss et al | CASE NUMBER |
|---|---|
| v. PLAINTIFF(S) | 2:22-cv-04405 DSF(SHKx) |
| Beyond Meat, Inc. | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES) |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

_____     _____
Date                                            United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

- Claims differ
- Parties differ
- Given differences, no efficiencies would be gained by relating the cases

**TRANSFER ORDER DECLINED**

July 26, 2022                                    /s/
Date                                            United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:22-cv-03751 AB(GJSx)  and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

**TRANSFER ORDER DECLINED**

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ important because the documents are routed to the assigned judges by means of these initials

cc:  [ ] *Previous Judge*   [ ] *Statistics Clerk*

CV-34 (03/21)     ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01  (Related Cases)